Filed 11/19/15  P. v. Green CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Yuba)

----

| | |
|---|---|
| THE PEOPLE, | C079029 |
| Plaintiff and Respondent, | (Super. Ct. No. CRF15171) |
| v. | |
| DAVID WILLIAM GREEN, | |
| Defendant and Appellant. | |

Appointed counsel for defendant David William Green has filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error that would result in a disposition more favorable to defendant, we affirm the judgment.

1

## BACKGROUND

On March 26, 2015, a sheriff's deputy arrested defendant on an outstanding warrant. In a search incident to the arrest, the deputy found metal knuckles and a small amount of methamphetamine.

Defendant was charged with felony possession of metal knuckles (Pen. Code, § 21810) and misdemeanor possession of a controlled substance (Health & Saf. Code, § 11377, subd. (a)). On April 8, 2015, defendant pled no contest to possession of metal knuckles and was sentenced to a stipulated two years, to be served in county jail. The misdemeanor possession charge was dismissed in the interests of justice. The trial court also imposed various fines and fees, and awarded defendant with 28 days of presentence custody credit.

Defendant appeals. He did not obtain a certificate of probable cause. (Pen. Code, § 1237.5.)

## DISCUSSION

Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

/s/
_____
Duarte, J.

We concur:

/s/
_____
Butz, Acting P. J.

/s/
_____
Hoch, J.